NATIONAL ASSOCIATION FOR THE ADVANCE-
MENT OF COLORED PEOPLE, INC., ET AL. *v.*
COMMITTEE ON OFFENSES AGAINST
THE ADMINISTRATION OF JUSTICE.

No. 84.   Decided October 13, 1958.

*Robert L. Carter, Oliver W. Hill, S. W. Tucker* and *Martin A. Martin* for petitioners.

*Albertis S. Harrison, Jr.,* Attorney General, and *William H. King,* Special Assistant to the Attorney General, filed a brief for the State of Virginia, as *amicus curiae,* in opposition to the petition.

PER CURIAM.

The petition for writ of certiorari is granted.   In view of the representations of the Attorney General of Virginia that the cause has become moot, the judgment of the Supreme Court of Appeals of Virginia is vacated and the cause is remanded for such further proceedings as that court may deem appropriate.